UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
UNITED STATES OF AMERICA

    -against-

REUBEN SANDS,

                    Defendant.
-------------------------------------------------------------------x

**ORDER**
18 CR 527 (KMW)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/28/20

KIMBA M. WOOD, District Judge:

On January 14, 2020, the Court received the attached letters from the defendant.

Defense counsel is hereby ordered to respond to the defendant, with a copy to the Court, in affidavit form.

SO ORDERED.

Dated: New York, New York
January 28, 2020

*Kimba M. Wood*
KIMBA M. WOOD
UNITED STATES DISTRICT JUDGE

18-CR-0327 (Kmw)

To: The Honorable Judge Kimba M. Wood

Dear your Honor, Respectfully i would like to inform you on two issues. One, Concerning NO knowledge of reviewing my (PSR) in addition i do not own or possess a Copy of which i'm entitled too, As it was briefly shown to me prior to me being Sentenced before you approach the bench. My attorney only provided me with a copy of the Sentencing Memorandum and a copy of the governments Submission, No Copy of (PSR). Also i sent a Correspondance email which my Attorney did not reply,, i have had my daughter reach my attorney where he stated that she would have to go to the Court house to pick up my Presentence Report which is unethical and unprofessional under the rule of professional Conducts

I would like too, Respectfully put on Record in this letter, for the record my notice of appeal.

Respectfully,
Reuben Sands

Reuben L. Sands Jr

RECEIVED
JAN 14 2020
CHAMBERS OF KIMBA M. WOOD
U.S.D.J.-S.D.N.Y.

TRULINCS 86027054 - SANDS, REUBEN - Unit: BRO-I-C
----------------------------------------------------------------

FROM: 86027054
TO: Tulman, Scott
SUBJECT: MsG.
DATE: 12/23/2019 09:28:11 AM
----------------------------------------------------------------

Good Morning Happy Holidays I was WONDERING if any chance Can you bring a copy of my plea hearing transcripts, and MY (PSR) I am entiled to those documents im in Mdc brooklyn ju7st in case you dont remember, i would like to have those, i know it'll be a while for the sentencing transcripts, i know as of know i need the pleas hearing transcripts and a copy of the (PSR) THANK YOU. Happy holidays.

I have Requested a copy of the PSR and have not Recievend correspondance from Mr Tulman. As I stated in the letter to your Honor I was not Given Time to Review the Report As it was presented to me in the Court Room Prior to Your Honor Taking the Bench. This was very unjust and irresponable on Mr Tulman part By not Reviewing The Report with Me on Days prior to the Day of sentening.

Reuben L Sands

Reuben Sands 86027-054
Metropolitan Detention Center
P.O. Box 329002
Brooklyn, N.Y. 11232

Legal Mail
Atto. Hon. Kimba M. Wood

To: Clerk office of the Court
Southern District of New York
United States Courthouse
500 Pearl Street.
New York, N.Y. 10007

Appeals
SM